No. 145.  CHARLES S. SICKEL *v.* COMMONWEALTH OF VIRGINIA.  Error to the Supreme Court of Appeals of the State of Virginia.  Argued January 17, 1921.  Decided January 24, 1921.  *Per Curiam.*  Dismissed for want of jurisdiction upon authority of *Murdock* v. *Memphis*, 20 Wall. 590; *Ross* v. *Oregon*, 227 U. S. 150, 164; *Southern Pacific Co.* v. *Schuyler*, 227 U. S. 601, 610; *Enterprise Irrigation District* v. *Farmers Mutual Canal Co.*, 243 U. S. 157, 164.  *Mr. David H. Leake* and *Mr. Walter Leake*, for plaintiff

in error, submitted. *Mr. J. D. Hank, Jr.*, with whom *Mr. John R. Saunders* was on the brief, for defendant in error.